CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 21 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARK BLAIN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:07-cv-00552 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| KATHLEEN J. BASSETT, WARDEN, | ) | By: Hon. Glen E. Conrad |
|     Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's request for interlocutory injunctive relief is hereby **DENIED**; and this action, which the court construes as a civil rights action, pursuant to 42 U.S.C. § 1983, shall be and hereby is **DISMISSED** without prejudice, pursuant to 48 U.S.C. § 1997e(a) and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 21st day of November, 2007.

/s/ Glen E. Conrad
United States District Judge